11673. WALLACE et al. v. THE STATE.

LUKE, J. Under all the facts of the case, the evidence was sufficient to exclude every reasonable hypothesis save that of the defendants' guilt, and it was not error for any reason assigned to overrule the motion for a new trial.

Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.

DECIDED DECEMBER 18, 1920.

Indictment for larceny of cotton; from Hancock superior court — Judge Park. June 1, 1920.

T. M. Hunt, for plaintiff in error.

Doyle Campbell, solicitor-general, Burwell & Fleming, contra.